UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM WEITSMAN; UPSTATE SHREDDING, LLC, a New York limited liability company; WEITSMAN SHREDDING, LLC, a New York limited liability company; and WEITSMAN RECYCLING, LLC, a New York limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT ARTHUR LEVESQUE, III,<br><br>Defendant. | Case No.: 19-CV-461 JLS (LL)<br><br>**ORDER VACATING HEARING AND TAKING MATTERS UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>(ECF Nos. 98, 99) |

Presently before the Court are Plaintiffs Adam Weistman; Upstate Shredding, LLC; Weitsman Shredding, LLC; and Weitsman Recycling, LLC's Third Supplemental Brief in Support of Motion for Default Judgment and Injunction (ECF No. 98) and Amended Third Supplemental Brief in Support of Motion for Default Judgment and Injunction (ECF No.

/ / /

/ / /

/ / /

/ / /

99).  The Court **VACATES** the hearing currently set for April 30, 2020 and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: April 20, 2020

Hon. Janis L. Sammartino
United States District Judge