UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM WEITSMAN; UPSTATE SHREDDING, LLC, a New York limited liability company; WEITSMAN SHREDDING, LLC, a New York limited liability company; and WEITSMAN RECYCLING, LLC, a New York limited liability company,<br><br>                             Plaintiffs,<br><br>v.<br><br>ROBERT ARTHUR LEVESQUE, III,<br><br>                             Defendant. | Case No.:  19-CV-461 JLS (AHG)<br><br>**ORDER (1) DIRECTING CLERK OF COURT TO UPDATE DEFENDANT'S MAILING ADDRESS AND TO RESEND THE APRIL 12, 2022 ORDER; AND (2) EXTENDING DEADLINE SET IN THE APRIL 12, 2022 ORDER FOR DEFENDANT TO RESPOND THERETO**<br><br>(ECF Nos. 120–21) |

On April 12, 2022, the Court issued an Order temporarily vacating the hearing on Plaintiffs Adam Weitsman; Upstate Shredding, LLC; Weitsman Shredding, LLC; and Weitsman Recycling, LLC's (collectively, "Plaintiffs") Motion for Order to Show Cause Regarding Contempt Against Defendant, and for Order Imposing Sanctions ("Sanctions Mot.," ECF No. 113), and directing Defendant Robert Arthur Levesque, III ("Defendant"), to make an election regarding his representation at the hearing thereon. *See generally* ECF No. 120 (the "Order").  On April 19, 2022, the Order was returned to the Court as undeliverable.  *See* ECF No. 121.  However, the Court notes that, in his Opposition to the

Sanctions Motion, Defendant provided a different mailing address than that presently on record with the Court.  *Compare* ECF No. 117 at 1, *with* Docket.

In light of the foregoing, the Court:

1.     **DIRECTS** the Clerk of the Court to update Defendant's mailing address to the following:

> 819 University Avenue, Room 706
> San Diego, California 92103

2.     **DIRECTS** the Clerk of the Court to resend the April 12, 2022 Order to Defendant at his new mailing address; and

3.     **EXTENDS** the deadline for Defendant to make his election regarding counsel in accordance with the Order to up to an including May 26, 2022, given the time that has elapsed since the Order's issuance.  The Court further takes this opportunity to remind Defendant of his obligation to keep the Court and opposing counsel apprised of his current mailing address.  *See* S.D. Cal. CivLR 83.11(b).

**IT IS SO ORDERED.**

Dated:  April 20, 2022

Hon. Janis L. Sammartino
United States District Judge