UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM WEITSMAN; UPSTATE SHREDDING, LLC, a New York limited liability company; WEITSMAN SHREDDING, LLC, a New York limited liability company; and WEITSMAN RECYCLING, LLC, a New York limited liability company,<br><br>        Plaintiffs,<br><br>v.<br><br>ROBERT ARTHUR LEVESQUE, III,<br><br>        Defendant. | Case No.: 19-CV-461 JLS (AHG)<br><br>**ORDER SETTING STATUS CONFERENCE** |

Presently before the Court is Plaintiffs Adam Weitsman; Upstate Shredding, LLC; Weitsman Shredding, LLC; and Weitsman Recycling, LLC's (collectively, "Plaintiffs") Motion for Order to Show Cause Regarding Contempt Against Defendant, and for Order Imposing Sanctions ("Mot.," ECF No. 113). The Court vacated the hearing on the Motion pending appointment of counsel for Defendant Robert Arthur Levesque, III ("Defendant"). *See* ECF No. 120. Counsel has since been appointed by the Court, *see* ECF No. 133, and on July 5, 2022, Jeremy D. Warren filed a Notice of Appearance on Defendant's behalf, *see* ECF No. 134.

In light of the foregoing, the Court **SETS** a status conference in the above-referenced matter for July 19, 2022, at 9:00 a.m.  The Parties may appear telephonically and should contact the Courtroom Deputy by e-mail at adrianna_garcia@casd.uscourts.gov for teleconferencing access information.

**IT IS SO ORDERED.**

Dated:  July 11, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge