UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM WEITSMAN; UPSTATE SHREDDING, LLC, a New York limited liability company; WEITSMAN SHREDDING, LLC, a New York limited liability company; and WEITSMAN RECYCLING, LLC, a New York limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT ARTHUR LEVESQUE, III,<br><br>Defendant. | Case No.: 19-CV-461 JLS (AHG)<br><br>**ORDER SUA SPONTE RESETTING STATUS CONFERENCE**<br><br>(ECF No. 135) |

The above-referenced matter presently is set for a status conference on July 19, 2022. *See* ECF No. 135. The Court sua sponte **RESETS** the status conference for <u>3:00 p.m. on July 21, 2022</u>. The Parties may appear telephonically and should contact the Courtroom Deputy at adrianna_garcia@casd.uscourts.gov for teleconferencing access information.

**IT IS SO ORDERED.**

Dated: July 13, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge